AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br> SEBASTIAN-AMBROSIO, Ricardo <br><br> Defendant. | ) ) ) ) ) ) ) ) ) Case No. 8:25-MJ-34 (GLF) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of February 10, 2025, in the county of Saint Lawrence in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a)(1) | The defendant, an alien, native and citizen of Mexico, after having been removed from the United States, entered, and was thereafter found in the United States without having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication for admission into the United States. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_Complainant's signature_

Janice Jones, U.S. Border Patrol Agent
_Printed name and title_

Attested to by the Affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: February 13, 2025

_Judge's signature_

City and State: Plattsburgh, New York

Hon. Gary L. Favro, U.S. Magistrate Judge
_Printed name and title_

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
FEB 13 2025
AT____ O'CLOCK
John M. Domurad, Clerk - Plattsburgh

*Continuation Sheet, United States v.* **SEBASTIAN-AMBROSIO, Ricardo**

This criminal complaint is based on the following facts:

On February 10, 2025, at approximately 2100 hours Ogdensburg Border Patrol Agents (BPA) assisted on a vehicle stop made by a Deputy from the Saint Lawrence County Sheriff's Department at the intersection of Linden Street and Jay Street in the City of Ogdensburg. The intersection is located within 2 miles of the international border.

A BPA working as a Task Force Officer (TFO) on the St. Lawrence County Drug Task Force was working a joint operation with Homeland Security Investigations (HSI) on State Highway (SH) 37 corridor and the City of Ogdensburg. SH 37 is a known smuggling corridor within the proximity of the Canadian / United States international border.

The Deputy stated he had performed a vehicle stop on a Tan Toyota Sienna Van bearing NY KRS1622 for failure to stop to enter a roadway.

(BPA) responded to the deputy's location and provide backup and assistance. BPA conducted an immigration field interview of the vehicle occupants. BPA identified himself as a Border Patrol Agent and questioned the subjects concerning their citizenship. During the immigration interview with one of the passengers, SEBASTIAN-AMBROSIO, Ricardo did not possess and could not provide any immigration documents allowing him to be in the United States legally. The BPA questioned SEBASTIAN to which country he was a citizen of. SEBASTIAN informed the BPA he was a citizen of Mexico. The BPA asked SEBASTIAN if he was in the United States illegally. SEBASTIAN stated he was in the United States illegally. SEBASTIAN stated he had entered the United States in May of 2023 through Tijuana, Mexico.

Agents transported SEBASTIAN back to the Ogdensburg Border Patrol station for further processing.

At the Ogdensburg station, SEBASTIAN's fingerprints were run through IDENT/IAFIS fingerprinting system revealing that SEBASTIAN-AMBROSIO, Ricardo was previously removed via expedited removal to Mexico on February 18, 2016, from El Paso, Texas Port of Entry.

SEBASTIAN has not received the express permission of the Attorney General or his successor, the Secretary of the Department of Homeland Security, to apply for readmission.